UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORBERTO VEGA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEX'S GENTELEMEN'S QUARTERS III, INC.,<br>     *Defendants*. | Civ. Action No. 24-09557<br><br>**ORDER OF DISMISSAL** |

This matter having been reported settled and the Court having administratively terminated the action for 60 days so that the parties could submit the papers necessary to terminate the case, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the 60-day time period having passed without the Court having received the necessary papers;

**IT IS** on this 2nd day of May, 2025

**ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

**ORDERED** that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

  */s/ Jamel K. Semper*  
  **JAMEL K. SEMPER**
  **United States District Judge**